This court should not substitute its judgment for that of the trial court, Ex parte Bryant, 644 So.2d 951 (Ala. 1994), nor should it reweigh the evidence. Ex parte Alabama Ins. Guar.Ass'n, 667 So.2d 97 (Ala. 1995); M. C. Dixon Lumber Co. v.Phillips, 642 So.2d 477 (Ala.Civ.App. 1994). Stults met her burden of establishing by clear and convincing evidence that her condition arose out of and in the course of her employment. Exparte Patterson, 561 So.2d 236 (Ala. 1990). The judgment of the trial court should be affirrned; therefore, I must respectfully dissent.
YATES, J., concurs. *Page 687